**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 23-7-DLB-EBA**

**NELCO LLC**                                                                                          **PLAINTIFF**

**v.**                                                    **ORDER**

**JLC CONTRACTING LLC**                                                                 **DEFENDANT**

*** *** *** ***

This matter is before the Court upon Plaintiff NELCO LLC's Motion for Default Judgment (Doc. # 11). The motion was referred to Magistrate Judge Edward B. Atkins for a hearing and preparation of a Report and Recommendation on the motion (Doc. # 12).

Magistrate Judge Atkins convened a hearing on the issue of damages as it related to the motion and subsequently entered a Report and Recommendation (Doc. # 16 and 18). Magistrate Judge Atkins recommends that the Defendant be found to be in default and that judgment be entered in favor of Plaintiff NELCO LLC. He further recommended that the Court award Plaintiff NELCO LLC $332,344.80, plus post-judgment interest at the maximum rate allowed by law from the date of the Court's judgment until the judgment is paid in full.

No objections have been filed, and the time for doing so has passed. The Court has reviewed the Report and Recommendation and concludes that it is sound in all respects and will be adopted as the opinion of the Court. Accordingly,

1

2

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 18) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Plaintiff NELCO LLC's Motion for Default Judgment (Doc. # 11) is **GRANTED**; and

(3) Plaintiff NELCO LLC is **AWARDED** $332,344.80, plus post-judgment interest at the maximum rate allowed by law from the date of the Court's judgment until the judgment is paid in full.

A separate Judgment shall be entered contemporaneously herewith.

This 20th day of December, 2023.

Signed By:
David L. Bunning
United States District Judge

L:\DATA\ORDERS\Ashland Civil\2023\23-7 Order Adopting R&R.docx